Kirk E. Chapman
Stephanie Hatzakos
Milberg LLP
One Pennsylvania Plaza
New York, New York 10119
Telephone: (212)594-5300
Facsimile: (212) 868-1229
kchapman@milberg.com
shatzakos@milberg.com
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | MDL NO. 1699<br>District Judge: Charles R. Breyer |
| This Document Relates to:<br><br>*Bell Brown v. Pfizer Inc, et al.*<br>(Case No. 06-7575 CRB)<br><br>*Linda Hainlen v. Pfizer Inc, et al.*<br>(Case No. 06-7572 CRB)<br><br>*William Ippolito v. Pfizer Inc, et al.*<br>(Case No. 06-7580 CRB)<br><br>*Sherry Lively v. Pfizer Inc, et al.*<br>(Case No. 06-5875 CRB)<br><br>*Trini Logan v. Pfizer Inc, et al.*<br>(Case No. 06-7579 CRB)<br><br>*Eva Lou Phillips v. Pfizer Inc, et al.*<br>(Case No. 06-7577 CRB)<br><br>*Lou Ann Smith v. Pfizer Inc, et al.*<br>(Case No. 06-5415 CRB)<br><br>*Cashunda Vickers v. Pfizer Inc, et al.*<br>(Case No. 06-5879 CRB)<br><br>*George Walsh v. Pfizer Inc, et al.*<br>(Case No. 06-7576 CRB)<br><br>*Phyllis Weber v. Pfizer Inc, et al.*<br>(Case No. 05-4968 CRB) | **STIPULATION AND ORDER OF DISMISSAL OF ALL REMAINING PLAINTIFFS WITH PREJUDICE** |

1  Come now all remaining Plaintiffs in these actions, including <u>but not limited</u> to Robert
2  Bell (Case No. 06-7575 CRB), Robert Hainlen (Case No. 06-7572 CRB), Robin Ippolito (Case
3  No. 06-7580 CRB), Arthur Lively (Case No. 06-5875 CRB), Charles Logan (Case No. 06-7579
4  CRB), Stanley Phillips (Case No. 06-7577 CRB), Clarence Smith (Case No. 06-5415 CRB),
5  Claude Vickers (Case No. 06-5879 CRB), Cathy O'Neill Walsh (Case No. 06-7576 CRB), and
6  Freddy Weber (Case No. 05-4968 CRB), and Defendants, by and through the undersigned
7  attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the
8  dismissal of these actions with prejudice, with each side bearing its own attorneys' fees and
9  costs.

DATED: 10/12, 2009       By: _____

MILBERG LLP
One Pennsylvania Plaza
New York, New York 10119
Telephone: (212)594-5300
Facsimile: (212) 868-1229
*Attorneys for Plaintiffs*

DATED: Oct. 12, 2009    By: _____

DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 335-4500
Facsimile: (212) 335-4501
*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: 10/16/09

Hon. Charles R. Breyer

IT IS SO ORDERED
Judge Charles R. Breyer

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

EAST\42563923.1